**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

CYNTHIA L. BANKS,

        Plaintiff,

                              Case No. 5:14-cv-72-Oc-18JRK

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

This cause is before the Court on the Motion for Entry of Judgment with Remand (Doc. No. 15; "Motion"), filed April 28 2014, in which Defendant requests that this matter be reversed and remanded to the Social Security Administration with instructions for further administrative proceedings. See Motion at 1-2. Plaintiff has no objection to the relief requested in the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is

**RECOMMENDED THAT**:

1.    The Motion for Entry of Judgment with Remand (Doc. No. 15) be **GRANTED**.

2.    The Clerk of the Court be directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida ("Local Rule(s)"), within fourteen (14) days after service of this document. Failure to file timely objections waives a party's right to de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a).

instructions: "Upon remand, an administrative law judge (ALJ) will offer Plaintiff an opportunity for a hearing and issue a new decision. The ALJ will also reconsider Plaintiff's residual functional capacity and if necessary, seek vocational expert testimony."

3. The Clerk be further directed to close the file.

4. The Court include in an Order disposing of this appeal a direction that if benefits are awarded on remand and Plaintiff's counsel deems it appropriate to move for § 406(b) fees, such an application should be filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-Orl-22 (In Re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. §§ 406(b) and 1383(d)(2)).

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on May 1, 2014.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

jlk
Copies to:

Honorable G. Kendall Sharp
Senior United States District Judge

Counsel of Record