UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CYNTHIA L. BANKS,

          Plaintiff,

v.                                              Case No: 5:14-cv-72-Oc-18JRK

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Government's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 15). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and the case is **REVERSED** and **REMANDED** to the Social Security Administration for further proceedings consistent with the findings in this report, pursuant to sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to enter judgment and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _19_ day of May, 2014.

                                                G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record