UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CYNTHIA L. BANKS,

        Plaintiff,

v.                                                               Case No. 5:14-cv-72-Oc-18JRK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Cynthia L. Banks' Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act. (Doc. 22.) United States Magistrate Judge James R. Klindt issued a Report and Recommendation. (Doc. 24.) Neither party filed a timely objection to Judge Klindt's Report and Recommendation. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED**.

2. Plaintiff Cynthia L. Banks' Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. 22) is **GRANTED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** in favor of Plaintiff Cynthia L. Banks and against Defendant Commissioner of Social Security for attorney's fees in the amount of $1,246.54 pursuant to 28 U.S.C. § 2412(d).

4. Any payment shall be made payable to Plaintiff Cynthia L. Banks and delivered to Plaintiff's counsel unless Plaintiff Cynthia L. Banks owes a federal debt. If

the United States Department of the Treasury determines that Plaintiff Cynthia L. Banks does not owe a federal debt, the Government will accept Plaintiff Cynthia L. Banks' assignment of Equal Access to Justice Act fees and pay fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Orlando, Florida on this ___30___ day of July, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record